1
2
3
4            **UNITED STATES DISTRICT COURT**
5               **DISTRICT OF NEVADA**
6

7    HEATHER MILLS,                          )
                                             )
8                          Plaintiff,        )      Case No.  2:16-cv-00097-KJD-CWH
                                             )
9    vs.                                     )      **ORDER**
                                             )
10   WAL-MART STORES, INC.,                  )
                                             )
11                         Defendant.        )
     _____ )
12

13          On June 21, 2016, the Court entered a minute order (ECF No. 15) noting that the parties'

14   interim status reports (ECF Nos. 13, 14) did not comply with Local Rule 26-3, amended effective

15   May 1, 2016.  The Court ordered the parties to file a revised interim status report by July 5, 2016.

16   (ECF No. 15).  The parties then filed a revised joint interim status report that still fails to comply

17   with Local Rule 26-3. (ECF No. 16).

18          IT IS THEREFORE ORDERED that the parties' joint interim status report (ECF No. 16) is

19   DENIED without prejudice.  The parties must meet and confer and file a revised joint interim

20   status report that complies with Local Rule 26-3 by July 14, 2016.

21          IT IS FURTHER ORDERED that by July 14, 2016, the attorneys in this case must file

22   certifications stating that they have read Local Rule 26-3.  The attorneys are advised that the

23   Court's local rules were amended effective May 1, 2016.

24          DATED: July 7, 2016

25

26

27

28   _____
     **C.W. Hoffman, Jr.**
     **United States Magistrate Judge**